1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10                                ----oo0oo----

11

12   ROCHELLE L. GILLIAM,                    CIV. NO. 2:13-2276 WBS AC

13                  Plaintiff,

14        v.

15   CITY OF WEST SACRAMENTO, SERGIO
     ALVAREZ, DAN DRUMMOND, and DOES
16   1 through 25,

17                  Defendants.

18   _____

19   REBECCA WILSON (by and through       CIV. NO. 2:13-2550 KJM EFB
     Heatherlyn Bevard as Guardian
20   ad Litem),

21                  Plaintiff,

22        v.

23   CITY OF WEST SACRAMENTO; SERGIO
     ALVAREZ; West Sacramento Police
24   Department Chief DAN DRUMMOND
     and DOES 1 through 30,
25   inclusive

26                  Defendants.

27

28                                ----oo0oo----

                                      1

1    Examination of the above-entitled actions reveals that
2    these actions are related within the meaning of Local Rule
3    123(a) because the actions involve the same three defendants and
4    similar claims.  Accordingly, the assignment of the matters to
5    the same judge is likely to effect a substantial saving of
6    judicial effort and is also likely to be convenient for the
7    parties.

8    The parties should be aware that relating the cases
9    under Local Rule 123 merely has the result that both actions are
10   assigned to the same judge; no consolidation of the actions is
11   effected.  Under the regular practice of this court, related
12   cases are generally assigned to the judge to whom the first filed
13   action was assigned.

14   IT IS THEREFORE ORDERED that the actions denominated
15   Gilliam v. City of West Sacramento, Civ. No. 2:13-2276 WBS AC,
16   and Wilson v. City of West Sacramento, Civ. No. 2:13-2550 KJM
17   EFB, be, and the same hereby are, deemed related and the case
18   denominated Wilson v. City of West Sacramento, Civ. No. 2:13-2550
19   KJM EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB
20   and Magistrate Judge Allison Claire.  Any dates currently set in
21   the reassigned case only are hereby VACATED.  Henceforth, the
22   caption on documents filed in the reassigned case shall be shown
23   as Wilson v. City of West Sacramento, Civ. No. 2:13-2550 WBS AC.

24   IT IS FURTHER ORDERED that the Clerk of the Court
25   ///
26   ///
27   ///
28   ///

2

1   make appropriated adjustment in the assignment of civil cases to

2   compensate for this reassignment.

3   Dated:   January 9, 2014

4   _____

5   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE