**JAMES C. ASHWORTH, SBN 151272**
**THE ASHWORTH LAW OFFICE**
1105 Kennedy Place, Suite 8
Davis, California  95616
Telephone:   (530) 574-1130
Facsimile:   (530) 564-4987
Email:        jim@theashworthlawoffice.com

Attorney for Plaintiff ROCHELLE L. GILLIAM

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE L. GILLIAM,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WEST SACRAMENTO, SERGIO ALVAREZ, DAN DRUMMOND, and DOES 1 through 25,<br><br>    Defendants. | **Case No.: 2:13-CV-02276-WBS-AC**<br><br>**STIPULATION & [PROPOSED] ORDER RE PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT**<br><br><br><br>**Judge: The Hon. William B. Shubb** |

     COMES NOW Plaintiff ROCHELLE L. GILLIAM (hereinafter "Plaintiff") and requests that this Court issue an order permitting Plaintiff to file a Second Amended Complaint and take the 12(b) motion to dismiss, scheduled to be heard on April 21, 2014, off calendar.

     The initial complaint in this matter was filed on November 1, 2013.  Pursuant to the Court's ruling, a first amended complaint was thereafter required solely to replace the "JANE DOE" pseudonym with Plaintiff GILLIAM'S true name.  The first amended complaint was filed on November 21, 2013.

Defendant ALVAREZ answered the first amended complaint on March 4, 2013. Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND filed their initial appearance in the form of a 12(b) motion to dismiss on March 11, 2014.  This motion is presently calendared to be heard on April 21, 2014.

Counsel for the parties have met and conferred on the matter and have concluded that rather than have the Court hear the 12(b) motion presently on calendar, then have Plaintiff file a second amended complaint, and thereafter have a second 12(b) motion; it would save time and resources to have the presently calendared motion taken off calendar, have Plaintiff file her amended complaint and then have a single 12(b) motion, if necessary.

Based on the foregoing, the parties have stipulated to have the 12(b) motion to dismiss filed by Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND taken off calendar and, with the Court's permission, grant Plaintiff leave to file a second amended complaint.

Dated:  April 1, 2014                    THE ASHWORTH LAW OFFICE

                                                                              ___/s/ James C. Ashworth_____
                                                                              JAMES C. ASHWORTH
                                                                              Attorney for Plaintiff

Dated:  April 7, 2014                    ANGELO, KILDAY & KILDUFF, LLP

                                                                              ____/s/ Bruce A. Kilday_____
                                                                              BRUCE A. KILDAY
                                                                              Attorney for Defendants CITY OF WEST
                                                                              SACRAMENTO and DAN DRUMMOND

Dated: April 7, 2014                                          LONGYEAR, O'DEA & LAVRA, LLP

STIPULATION & [PROPOSED] ORDER RE PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT
Case No. 2:13-CV-02276-WBS-AC

          */s/ John A. Lavra*
          JOHN A. LAVRA
          Attorney for Defendant SERGIO ALVAREZ

### ORDER

Pursuant to the stipulation of the parties, the 12(b) motion to dismiss filed by Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND is hereby taken off calendar and Plaintiff is granted leave to file a second amended complaint.

IT IS SO ORDERED

Dated: April 8, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER RE PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT
Case No. 2:13-CV-02276-WBS-AC