JAMES C. ASHWORTH,
THE ASHWORTH LAW OFFICES
1105 Kennedy Place, Suite 8
Davis, CA 95616
530-574-1130; 530-564-4987 (fax)
Attorneys for Plaintiff

BRUCE A. KILDAY
Angelo, Kilday & Kilduff, LLP
601 University Ave., Suite 150
Sacramento, CA 95825
(916) 564-6100

Attorneys for Defendant City of West Sacramento and Chief Dan Drummond

LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500; Facsimile: 916-974-8510

Attorneys for Defendant Sergio Alvarez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ROCHELLE L. GILLIAM,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF WEST SACRAMENTO, SERGIO ALVAREZ, DAN DRUMMOND, and DOES 1 through 25,<br><br>         Defendants | Case No.: 2:13-CV-02276-WBS-AC<br><br>**[PROPOSED] STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY COMPLETION DEADLINES** |

All parties to this lawsuit, by and through their respective attorneys, stipulate and agree to request that this court modify the existing scheduling order issued by this court on January 29, 2015 to extend the time to complete discovery until April 27, 2015.  This joint request is based on the following:

1. On January 26, 2015, the parties herein filed a stipulation and proposed order to extend pretrial deadlines and requested that the court refer this case to a settlement conference with Magistrate Judge Delaney. The reason for the request was to allow the parties to conduct a settlement conference with Judge Delaney for a date in March 2015, before the expert disclosure deadline, and to allow the parties an additional two weeks to complete discovery if necessary, after the parties attended the settlement conference.

2. On January 29, 2015, the court issued an order setting a discovery deadline of March 27, 2015, expert disclosure May 18, 2015, completion of expert discovery by June 8, 2015, and a last day to file dispositive motions on June 29, 2015. The Court also issued an order that the parties attend a settlement conference with Magistrate Judge Delaney on March 13, 2015 at 9:30 a.m.

3. The parties at this time have been attempting to schedule various depositions, including the deposition of the plaintiff, the deposition of defendant Alvarez, the depositions of defendants employed by the West Sacramento Police Department, and some percipient witness depositions. However, the parties wish to avoid incurring costs of deposition and other discovery before the settlement conference. However, the current scheduling order requires discovery completion by March 27, 2015, therefore, if the matter is not resolved at the settlement conference, the parties will only have two weeks to complete discovery. The parties believe that by extending the discovery cut off another thirty (30) days, there will be adequate time to conduct the discovery if the case is not settled, in manner which is mutually convenient to the schedule of the attorneys herein, and without effecting any of the other pretrial dates scheduled in the case.

Therefore, all parties request that the scheduling order of January 29, 2015 be amended to set the deadline to complete discovery be extended by thirty (30) days to April 27, 2015.

/ / /

/ / /

/ / /

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 18, 2015          THE ASHWORTH LAW OFFICES

*/s/ James C. Ashworth*
JAMES C. ASHWORTH
Attorneys for Plaintiff

Dated: February 18, 2015          ANGELO, KILDAY & KILDUFF

*/s/ Bruce Kilday*
BRUCE KILDAY
Attorneys for Defendants City of West Sacramento
and Chief Dan Drummond

Dated: February 18, 2015          LONGYEAR, O'DEA & LAVRA, LLP

*/S/ John Lavra*
JOHN LAVRA
Attorneys for Defendant
Sergio Alvarez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 19, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE