UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE L. GILLIAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF WEST SACRAMENTO, et al.,<br><br>　　　　　　Defendants. | No. 2:13-cv-2276-WBS-AC<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

　　The case was before the court for a further settlement conference conducted in chambers on May 12, 2015. Pursuant to the representations by counsel for the parties, the case has settled.

　　The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

　　All hearing dates heretofore set in this matter are VACATED.

　　<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

　　IT IS SO ORDERED.

DATED: May 13, 2015.

　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE