| | |
|---|---|
| BRUCE A. KILDAY, ESQ., SB No. 66415<br>　Email: bkilday@akk-law.com<br>CARRIE A. FREDERICKSON, ESQ., SB No. 245199<br>　Email: cfrederickson@akk-law.com<br>**ANGELO, KILDAY & KILDUFF, LLP**<br>Attorneys at Law<br>601 University Avenue, Suite 150<br>Sacramento, CA  95825<br>Telephone: (916) 564-6100<br>Telecopier: (916) 564-6263<br><br>Attorneys for Defendants CITY OF WEST SACRAMENTO and Chief DAN DRUMMOND | JAMES C. ASHWORTH, SBN 151272<br>THE ASHWORTH LAW OFFICE<br>1105 Kennedy Place, Suite 8<br>Davis, CA 95616<br>Telephone:  (530) 574-1130<br>Facsimile:  (530) 564-4987<br>Email:  jim@theashworthlawoffice.com<br><br>Attorney for Plaintiff ROCHELLE L. GILLIAM<br><br>JOHN A. LAVRA, SBN 114533<br>**LONGYEAR, O'DEA, & LAVRA, LLP**<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95825<br>Telephone: (916) 974-8500<br><br>Attorney for Defendant SERGIO ALVAREZ |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE L. GILLIAM,<br>　　　　　Plaintiff,<br>　vs.<br>CITY OF WEST SACRAMENTO, SERGIO ALVAREZ, DAN DRUMMOND and DOES 1 through 25.<br>　　　　　Defendants. | Case No.: 2:13-cv-02276-WBS-AC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;** ~~**PROPOSED**~~ **ORDER** |

　　　The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its

///

///

///

///

---

-1-
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; PROPOSED ORDER**

own costs, including all attorney's fees.

Dated: July 2, 2015                                   ANGELO, KILDAY & KILDUFF, LLP

/s/ Bruce A. Kilday
By:_____
BRUCE A. KILDAY
CARRIE A. FREDERICKSON
Attorneys for Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND

Dated: July 2, 2015                                   LONGYEAR, O'DEA & LAVRA, LLP

/s/ John A. Lavra
[as authorized on 7/2/15]
By:_____
JOHN A. LAVRA
Attorney for Defendant SERGIO ALVAREZ

Dated: July 13, 2015                                  THE ASHWORTH LAW OFFICE

/s/ James C. Ashworth
[as authorized on 7/13/15]
By:_____
JAMES C. ASHWORTH
Attorney for Plaintiff ROCHELLE L. GILLIAM

**ORDER**

IT IS SO ORDERED.

Dated: July 13, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE